IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICCI JEANNE SCOTT                                                                           PLAINTIFF

vs.                                    Civil No. 6:17-cv-06003

NANCY A. BERRYHILL                                                                        DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 2nd day of January 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                    /s/ Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U. S. MAGISTRATE JUDGE